IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCombs, Patricia Mary | Case Number: 04 B 32721 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 9/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 76,201.60 | |
| Secured: | | 62,108.61 |
| Unsecured: | | 3,784.29 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,811.06 |
| Other Funds: | | 3,797.64 |
| Totals: | 76,201.60 | 76,201.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 62,448.29 | 56,071.65 |
| 3. | Countrywide Home Loans Inc. | Secured | 6,036.96 | 6,036.96 |
| 4. | Resurgent Capital Services | Unsecured | 20.72 | 23.33 |
| 5. | Ginny's | Unsecured | 31.47 | 50.89 |
| 6. | Swiss Colony | Unsecured | 35.26 | 57.03 |
| 7. | St James Hospital | Unsecured | 380.67 | 677.88 |
| 8. | Seventh Avenue | Unsecured | 31.93 | 51.65 |
| 9. | Midnight Velvet | Unsecured | 14.79 | 16.66 |
| 10. | Premier Bankcard | Unsecured | 57.45 | 92.94 |
| 11. | Forest South Animal Hopital | Unsecured | 25.88 | 41.85 |
| 12. | OSI Portfolio Services | Unsecured | 10.00 | 16.18 |
| 13. | Capital One | Unsecured | 115.20 | 205.14 |
| 14. | Illinois Student Assistance Commission | Unsecured | 1,432.36 | 2,550.74 |
| 15. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 16. | Citibank | Unsecured | | No Claim Filed |
| 17. | EMCC | Unsecured | | No Claim Filed |
| 18. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 19. | CitiFinancial | Unsecured | | No Claim Filed |
| 20. | Retailers National Bank | Unsecured | | No Claim Filed |
| 21. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 22. | Alverno Receivable Services | Unsecured | | No Claim Filed |
| | | | $ 73,340.98 | $ 68,592.90 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   McCombs, Patricia Mary

Printed: 12/23/08

Case Number:  04 B 32721
Judge:  Wedoff, Eugene R
Filed:  9/2/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 692.14 |
| 4% | 229.35 |
| 3% | 147.44 |
| 5.5% | 901.00 |
| 5% | 245.73 |
| 4.8% | 508.67 |
| 5.4% | 1,086.73 |
|  | $ 3,811.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

